## UNITED STATES of America, Plaintiff-Appellee

v.

## Tron WASHINGTON, Defendant-Appellant

No. 15-20226
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/07/2016

Renata Ann Gowie, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Tron Washington, Beaumont, TX, Pro Se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

The attorney appointed to represent Tron Washington has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Washington has not filed a response.

During the pendency of this appeal, Washington completed the 14-month sentence imposed upon revocation of supervised release and was released from custody. Because no additional term of supervised release was imposed, the instant appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Clark*, 193 F.3d 845, 847–48 (5th Cir. 1999). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.